United States District Court
Southern District of Texas
**ENTERED**
January 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JASON JASO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00003 |
| § | |
| CW FORD RENTALS MANAGEMENT § | |
| COMPANY L.L.C., § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Joint Notice of Rule 41 Dismissal with Prejudice (D.E. 26), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on January 3, 2025.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE